UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDY BRUSSEAU,<br><br>        Plaintiff,<br><br>v.<br><br>RALPH CAMPUTARO & SON EXCAVATING, INC.,<br><br>        Defendant. | CIVIL ACTION NO. : 3:21-cv-00596-VAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the Parties hereby stipulate and agree that this action and all claims asserted in this action shall be dismissed with prejudice, with all rights of appeal to be waived. Each party will bear its own attorney's fees and costs. Respectfully submitted,

| *Attorneys for Plaintiff,* | *Attorneys for Defendants,* |
|---|---|
| Wendy Brusseau | Ralph Camputaro & Son Excavating Inc. |
| */s/ Chandan Panigrahi* | */s/ Jaime Paoletti* |
| Chandan Panigrahi (CT Bar #31015)<br>The Law Offices of Wyatt & Associates, PLLC<br>17 Elm Street, Suite C211<br>Keene, NH 03431<br>(603) 357-1111<br>chandan@wyattlegalservices.com | Jaime Paoletti<br>Garcia & Milas, P.C.<br>One Audobon Street, Sixth Floor<br>New Haven, CT 06511<br>(203) 376-9960<br>jpaoletti@garciamilas.com |

Dated: __February 10, 2023__